**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM 1**

| | |
|---|---|
| **SOLID STATE LOGIC INC.,**<br><br>                              **Plaintiff,**<br><br>       v.<br><br>**UNITED STATES,**<br>                                         **Defendant.** | **S U M M O N S**<br>**Court No. 22-00310** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                                               **/s/ Mario Toscano**
                                                               Clerk of the Court

## PROTEST

| Port(s) of Entry:    Los Angeles, CA   2704 | Center (if known): 007 |
|---|---|
| Protest Number:   2704-22-159268 | Date Protest Filed:   1-20-2022 |
| Importer:   Solid State Logic Inc. | Date Protest Denied:   04-25-2022 |
| Category of Merchandise:           Audio Production Consoles | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8D4-0031678-6 | 08-18-2021 | 12-03-2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

                                                          Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
                                                          599 Lexington Avenue, 36th floor
                                                          New York, New York 10022
                                                          JSpraragen@GDLSK.COM
                                                           212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

### Appraised Value of Merchandise

|  | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | Transaction Value, 19 U.S.C. §1401a(a)(1)(a) | $463,992 |
| Protest Claim: | Transaction Value, 19 U.S.C. §1401a(a)(1)(a) | $293,407 |

### Classification, Rate or Amount

|  | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
|  |  |  |  |  |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: The entered value of the subject merchandise was overstated.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

October 20, 2022
*Date*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)