UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Solid State Logic, Inc., | )<br>)<br>) |
| Plaintiff, | ) Court No. 22-00310 |
| v. | ) |
| United States, | )<br>) |
| Defendant. | )<br>) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Solid State Logic, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

                                            Respectfully submitted,

                                            GRUNFELD, DESIDERIO, LEBOWITZ
                                            SILVERMAN & KLESTADT LLP
                                            *Attorneys for Plaintiff*
                                            599 Lexington Avenue, FL 36

Dated:  September 5, 2024         New York, New York 10022
          New York, New York        Tel. (212) 557-4000
                                            jspraragen@gdlsk.com

                                  By:   <u>/s/ Joseph M. Spraragen</u>
                                              Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 22-00310, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

                                            Clerk, United States Court of International Trade

Dated:                                  By: _____